

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EDMOND LOUIS,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.:  3:26-cv-2450-CAB-BLM

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Edmond Louis's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner alleges that he entered the United States in August 2024 pursuant to a CBP One appointment and subsequent parole.  [Petition at 3.]  He further alleges he filed an application for asylum in August 2025 and was detained after "a routine court appearance in downtown San Diego" on August 20, 2025.  [*Id.* at 4.]  Petitioner claims that his re-detention violates the Due Process Clause of the Fifth Amendment.  [*Id.* at 14–16.]

Respondents do not contest any of Petitioner's asserted facts.  [Doc. No. 7.]  Nor do they make any legal arguments against his Fifth Amendment claims.  Indeed, they acknowledge that "Petitioner was previously released from immigration custody on parole" and "have insufficient information regarding termination of that parole . . . to provide to

1

the Court." [*Id.* at 1.]  Respondents therefore "do not oppose the [P]etition and defer[] to the Court on the appropriate relief." [*Id.* at 2.]

The Court therefore **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases. *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026).  Respondents are **ORDERED** to immediately release Petitioner Edmond Louis under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: April 28, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge